**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01188-LTB-MJW

JENNIFER MOON,
        Plaintiff,

v.

ALLEN, LEWIS & ASSOCIATES, INC., a Florida corporation, d/b/a ALLEN, LEWIS & ASSOCIATES, and
WINSTON OLIVER WINSLOW, whose true name is unknown,
        Defendants.
_____
**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 4 - filed November 4, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED:   November 7, 2005